JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEREK E. MILLER, an Individual; and SYDNEY ALEXIS KRAUSS, an Individual, collectively doing business as "SLEIGH BELLS," <br><br> Plaintiffs, <br><br> vs. <br><br> DEMETRIA LOVATO, an Individual; UMG RECORDINGS, INC., a California Corporation, individually, and doing business as "ISLAND RECORDS"; CARL FALK, an individual; RAMI YACOUB, an individual; and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No. CV 16-6272-GW(ASx) <br> *Honorable George H. Wu Presiding* <br><br> **ORDER ON STIPULATION TO DISMISS ACTION WITH PREJUDICE** |

ORDER:

FOR GOOD CAUSE APPEARING, THE FOLLOWING IS HEREBY ORDERED:

1. This action is hereby dismissed with prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii);

2. This dismissal is subject to and predicated upon the settlement agreement that gave rise to this dismissal;

3. The parties will each bear their respective costs and attorneys' fees as incurred against one another in connection with this action; and

4. This court will retain jurisdiction to enforce the terms of the settlement agreement entered into by the parties.

SO ORDERED.

Dated: December 12, 2017      By: _____*George H. Wu*_____
                              HONORABLE GEORGE H. WU
                              UNITED STATES DISTRICT JUDGE